# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARY KIRKENDOLL, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO. 1:11-cv-01306-CAP |
| CITY OF SMYRNA, ) | |
| MAX BACON, Mayor, ) | |
| RANDY BLACK, and ) | |
| OFFICERS WILLIAMS, ) | |
| OWENS, THACKER, ) | |
| HUTTO, MILLSAPS, and ) | |
| BRANYON, Officers of the City of ) | |
| Smyrna Police Department, ) | |
| ) | |
| Defendants. ) | |

## **AFFIDAVIT OF RANDY BLACK**

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Randy Black, who, upon oath, deposes and states the following:

1.

My name is Randy Black. I am suffering from no legal disabilities. I am over the age of 18 and the facts contained in this affidavit are based upon my personal knowledge.

2.

I am a citizen of the State of Georgia; I reside in Cobb County, Georgia.

3.

I have been a POST certified police officer in Georgia since 1987. I am currently employed as a Captain in the police department for the City of Smyrna.

4.

In my capacity as Captain, I manage the Smyrna Jail.

5.

I was not present at the April 21, 2009 town hall meeting at the Smyrna Community Center where Ms. Kirkendoll was arrested.

6.

I was not on duty that evening and was at home.

7.

I was not present when Ms. Kirkdendoll was arrested that evening nor was I present when she was booked in at the Smyrna jail or when she subsequently released thereafter.

8.

I did not have any involvement whatsoever in connection with Ms. Kirkendoll's criminal prosecution.

Further affiant sayeth not, this __13__ day of March, 2012.

3

_____
Randy Black

Sworn to and subscribed before

me this 13th day

of March, 2012.

_____
Notary Public

My Commission Expires: 2/5/2014

[Notary Seal: Sandra W. Overstreet, Notary Public, Cobb County, Georgia, Expires Feb. 5, 2014]

I:\604\226-Kirkendoll v. City of Smyrna\Pleadings\Affidavits\Affidavit of Black.doc