IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARY KIRKENDOLL, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO. 1:11-cv-01306-CAP |
| CITY OF SMYRNA, ) | |
| MAX BACON, Mayor, ) | |
| RANDY BLACK, and ) | |
| OFFICERS WILLIAMS, ) | |
| OWENS, THACKER, ) | |
| HUTTO, MILLSAPS, and ) | |
| BRANYON, Officers of the City of ) | |
| Smyrna Police Department, ) | |
| ) | |
| Defendants. ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Comes now Mary Kirkendoll, plaintiff herein, by and through her counsel of record, and hereby dismisses her complaint against the only remaining defendant herein, G.F. Williams, with prejudice. This stipulation is being filed with the express consent of counsel for Williams. Each party shall be solely responsible for their own fees and costs.

This 10th day of October, 2012.

/s/Cynthia L. Counts

Cynthia L. Counts
Georgia Bar No. 190280
Attorney for Plaintiff

The Counts Law Group
400 Colony Square, Suite 2020
1201 Peachtree Street NE
Atlanta, Georgia 30361
(404) 550-6233
(404) 521-4013 (Fax)
ccounts@lawcounts.com

Consented to:

/s/Harvey S. Gray
Harvey S. Gray
Georgia Bar No.: 305838
Matthew A. Ericksen
Georgia Bar No.: 304088
Attorneys for Defendant G. F. Williams

Gray, Rust, St. Amand, Moffett & Brieske, LLP
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
(404) 870-7376 (Gray)
(404) 870-5955 (Ericksen)
(404) 870-7374 (Fax)
hgray@grsmb.com
mericksen@grsmb.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARY KIRKENDOLL, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>CITY OF SMYRNA, )<br>MAX BACON, Mayor, )<br>RANDY BLACK, and )<br>OFFICERS WILLIAMS, )<br>OWENS, THACKER, )<br>HUTTO, MILLSAPS, and )<br>BRANYON, Officers of the City of )<br>Smyrna Police Department, )<br>)<br>    Defendants. ) | CIVIL ACTION<br>FILE NO. 1:11-cv-01306-CAP |

## LR 7.1(D) CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE,** has been prepared with one of the font and point selections approved by the Court in LR 5.1: Times New Roman, 14 point.

                                              /s/Cynthia L. Counts
                                              Cynthia L. Counts
                                              Georgia Bar No. 190280
                                              Attorney for Plaintiff

                                              The Counts Law Group
                                              400 Colony Square, Suite 2020
                                              1201 Peachtree Street NE

Atlanta, Georgia 30361
(404) 550-6233
(404) 521-4013 (Fax)
ccounts@lawcounts.com

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARY KIRKENDOLL, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | FILE NO. 1:11-cv-01306-CAP |
| CITY OF SMYRNA, | ) | |
| MAX BACON, Mayor, | ) | |
| RANDY BLACK, and | ) | |
| OFFICERS WILLIAMS, | ) | |
| OWENS, THACKER, | ) | |
| HUTTO, MILLSAPS, and | ) | |
| BRANYON, Officers of the City of | ) | |
| Smyrna Police Department, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that the foregoing STIPULATION OF DISMISSAL, WITH PREJUDICE, was electronically filed with the Clerk of Court using CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Harvey S. Gray
>Gray, Rust, St. Amand, Moffett & Brieske, LLP
>1700 Atlanta Plaza
>950 East Paces Ferry Road
>Atlanta, Georgia 30326

This 10th day of October, 2012.

/s/Cynthia L. Counts
Cynthia L. Counts (By Harvey S. Gray, with express permission)
Georgia Bar No. 190280
Attorney for Plaintiff

The Counts Law Group
400 Colony Square, Suite 2020
1201 Peachtree Street NE
Atlanta, Georgia 30361
(404) 550-6233
(404) 521-4013 (Fax)
ccounts@lawcounts.com